MARK E. WOOLF, Assistant United States Attorney
501 South Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336  Fax: (702) 388-6787  E-mail: mark.woolf@usdoj.gov

1  Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

RECEIVED AND FILED
2016 JUL 1  AM 10 43
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

Won Hui Kim

                    Debtor(s).

BK- 14-11495-mkn
Chapter 13

MOTION TO WITHDRAW MONEY
UNDER 28 U.S.C. SECTION 2042

Hearing Date:
Hearing Time:

There was a dividend check in the amount $ 4,510.88 in the above- named case issued to _____ Won Hui Kim . Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CHECK THE PARAGRAPH THAT APPLIES:**

☒ Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

☐ Claimant is not the creditor but is entitled to payment of these moneys because (**Please state the basis for your claim to the moneys**)

_____
_____
_____
_____

Please attach copies of any supporting documentation.[1]

Date: June 30, 2016

*Mark E. Woolf*
Signature of Claimant or Attorney

Mark E. Woolf, AUSA
Printed Name
501 Las Vegas Blvd. South, Suite 1100

Las Vegas, Nevada 89166

Mailing Address

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

---

[1] (i)If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
(ii)If claimant is assignee of creditor, attach copy of assignment.
(iii)If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv)If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
(v)Attach other documents showing entitlement should none of the foregoing apply.